EDWARD W. MANNING, Appellant, v. 1234 CORPORATION and Others, Respondents.— Judgment and order unanimously affirmed, with costs to the respondent 1234 Corporation. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CONSTANCE LeMAR, Respondent, Appellant, v. FIFTH AVENUE COACH COMPANY, Appellant, and EUGENE DEUTSCH, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the defendant-appellant against the plaintiff to abide the event, and with costs to the plaintiff against the defendant-respondent to abide the event, on the ground that the verdict in favor of the plaintiff against the defendant-appellant and the verdict in favor of the defendant-respondent against the plaintiff are against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of WILLIAM E. THORPE and Others, Petitioners, Appellants, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of MORRIS BORODKIN, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and dismiss the petition. [174 Misc. 339.]

In the Matter of Supplementary Proceedings: THEODORA B. FROST, Individually and as Executrix, etc., of GEORGE S. FROST, Deceased, Judgment Creditor, Respondent, v. A. PIERRE BACHMAN, as Executor, etc., of CHARLES G. HENSLEY, Deceased, Judgment Debtor, Appellant.— This is not a proper case for a summary order under section 794 of the Civil Practice Act. Orders unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the judgment creditor directed to repay to the Corn Exchange Bank Trust Company the sum of $1,325.56. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLYAN SPAFFORD, Appellant, v. EDWARD E. SPAFFORD, Respondent.— Order unanimously affirmed, without costs, without prejudice to an application by plaintiff to amend the order heretofore entered directing payment of alimony *pendente lite.* No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Appointment of a Committee of the Estate of CAROLINE DUNST, an Incompetent. ELIZABETH DUNST and CHARLES E. LALANNE, JR., Petitioners, Appellants; PAULINE O. FIELD, Committee, and HARRY J. WORTHING, Superintendent of Pilgrim State Hospital, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. (See *Matter of Buckley,* 259 App. Div. 998; *Matter of Rothman,* 263 N. Y. 31, 33; and *Matter of Dietz,* 247 App. Div. 366.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.